UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Sheila N. Hennebury,
    Plaintiff

    v.                                    Case No. 11-cv-232-SM

The Prudential Insurance
Company of America,
    Defendant

**ORDER OF RECUSAL**

By statute, a financial interest in a party, however slight (i.e., even one share), results in disqualification. As I have a financial interest in Prudential Financial, Inc., which wholly owns Defendant The Prudential Insurance Company of America, recusal is mandatory. See, 28 U.S.C. § 455(b)(4).

    **SO ORDERED.**

                                              Steven J. McAuliffe
                                              Chief Judge

July 18, 2011

cc:  William D. Woodbury, Esq.
     Byrne J. Decker, Esq.