UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

Sheila N. Hennebury, §
 §
  *Plaintiff*, §
 § Case #:1:11-cv-00232-SM
v. §
 §
 §
The Prudential Insurance Company §
 of America, §
  *Defendant* §

### STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties in the above entitled action and say as follows:

The parties stipulate that the above entitled matter may be dismissed, with prejudice, each party to bear its own costs.

                Respectfully submitted,
                Sheila N. Hennebury
                By her attorneys,
                Normandin, Cheney & O'Neil, PLLC

Dated: November 21, 2011        By:   /s/ William D. Woodbury
                         William D. Woodbury, Esq.
                         Bar No.:  16195
                         213 Union Avenue
                         P.O. Box 575
                         Laconia, NH 03247
                         (603) 524-4380
                         wwoodbury@nco-law.com

Dated: November 21, 2011        THE PRUDENTIAL INSURANCE
                                      COMPANY OF AMERICA
                                        By its attorneys,
                                        PIERCE ATWOOD LLP

                           By:   /s/ Byrne J. Decker
                                  Byrne J. Decker
                                  One Monument Square
                                  Portland, ME 04101
                                  (207) 791-1100
                                  bdecker@pierceatwood.com

**CERTIFICATE OF SERVICE**

I William D. Woodbury, counsel for the Plaintiff, Sheila N. Hennebury, hereby certify that this Stipulation was served on the following persons on this date and in the manner specified herein: Electronically Served Through ECF: Byrne J. Decker, Esq.